AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| Gotfried Jean | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 13cv6255 |
| Joseph Krauss, Correction Officer Nathan Sorrell | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gotfried Jean

Date: 10/24/2014

_____
*Attorney's signature*

Andrew Stoll AS8808
*Printed name and bar number*

475 Atlantic Avenue 3rd Floor,
Brooklyn, NY 11217

*Address*

Astoll@stollglickman.com
*E-mail address*

(718) 852-3710
*Telephone number*

(718) 852-3586
*FAX number*